### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

THE LINCOLN FOUNDATION NFP
CORP., *et al.*,

              Plaintiffs,

      v.

CITY OF CHICAGO, *et al.*,

              Defendants.

No. 2025-cv-10544

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant City of Chicago hereby removes this action from the Circuit Court of Cook County, Illinois, County Department, Chancery Division, to the United States District Court for the Northern District of Illinois, Eastern Division. In accord with 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders received by the City are attached hereto and incorporated herewith as Exhibit 1. Defendants state the following as their grounds for removal:

1.      Plaintiffs commenced this action on December 31, 2024 in the Circuit Court of Cook County, Illinois, County Department, captioned *The Lincoln Foundation NFP Corp., et al. v. City of Chicago, et al.*, Case No. 2024-CH-11090. Prior to service on any party, Plaintiffs sought and were granted leave to file an amended complaint. On May 29, 2025, Plaintiffs filed the Amended Complaint, which is the current operative pleading.

2.      Following the filing of the Amended Complaint, Plaintiff served the City of Chicago and codefendant SomerCor 504, Inc. Proofs of service on the docket aver that service was made on August 5, 2025.

1

3.      The complaint alleges various claims relating to Plaintiffs not receiving certain grant funds. The SAC asserts claims arising under federal law, including alleged violations of section 1983 and underlying violations of the United States Constitution (together, the "Federal Claims"). *E.g.*, Am. Compl. ¶¶ 129–34.

4.      The Federal Claims fall within the original jurisdiction of the district court because they raise federal questions, *see* 28 U.S.C. § 1331, and Defendants are therefore entitled to remove this action pursuant to 28 U.S.C. § 1441(a), which provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

5.      To the extent the complaint alleges non-federal claims, this Court has supplemental jurisdiction over them under 28 U.S.C. § 1367 because those claims arise out of the same operative facts as Plaintiff's federal claims and "form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a).

6.      Venue is proper in this district and division because the Circuit Court is located within the Northern District of Illinois, Eastern Division of the United States District Court. This venue is therefore the district and division "embracing the place where such action is pending." 28 U.S.C. § 1441(a).

7.      This removal is timely because it is "filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b)(1). Defendants were served on August 5, 2025, and that triggered the time to remove. *See Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 355–356 (1999). Defendants are filing this Notice

of Removal within 30 days of service in accord with 28 U.S.C. § 1446 and Federal Rule of Civil

Procedure 6(a).

       8.      Written notice of this Notice of Removal is being contemporaneously filed with

the Clerk of the Court for the Circuit Court of Cook County, Illinois, and a copy of that filing

will be served on Plaintiff's counsel of record in accord with 28 U.S.C. § 1446(d) and on

codefendant SomerCor 504, Inc. The City anticipates that codefendant SomerCor 504, Inc. will

timely be filing a consent joining in this removal.

       WHEREFORE the City respectfully requests that this civil action be, and it is hereby,

removed to the United States District Court for the Northern District of Illinois, Eastern

Division; that this Court assume jurisdiction over this civil action; and that this Court enter such

other and further orders as may be necessary to accomplish the requested removal and promote

the ends of justice.

Date:   September 3, 2025

Respectfully submitted,

BRADLEY G. WILSON
bradley.wilson@cityofchicago.org
City of Chicago, Department of Law
Constitutional and Commercial
 Litigation Division
2 North Lasalle Street, Suite 520
Chicago, Illinois 60602
(312) 744-7686

MARY B. RICHARDSON-LOWRY,
Corporation Counsel for the City of Chicago

By:    /s/ *Bradley G. Wilson*
        Bradley G. Wilson
        Senior Counsel
        City of Chicago Department of Law

*Attorneys for the City of Chicago*